

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-21-00562-CR

Yuri **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1596
Honorable Ron Rangel, Judge Presiding

# O R D E R

On May 13, 2022, we abated this appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute her appeal, whether appellant was indigent, and whether counsel had abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). On July 7, 2022, a supplemental clerk's record containing the trial court's findings of facts and conclusions of law was filed. The trial court found appellant desires to prosecute her appeal, appellant is indigent, appellate counsel Karl Basile has not abandoned this appeal, and appellant desires Karl Basile to continue as her appellate counsel.

We, therefore, ORDER this appeal reinstated on the docket of this court.

**We ORDER Karl Basile to file appellant's brief on or before August 11, 2022. No extensions will be granted absent extenuating circumstances. Appellant is advised that counsel's heavy case load or demanding work schedule is not an extenuating circumstance warranting further requests for an extension of time.**

**Rule 9.2(b) of the Texas Rules of Appellate Procedure ("the mailbox rule") is suspended for purposes of Karl Basile filing appellant's brief. That is, in filing appellant's brief, Karl Basile cannot rely on the mailbox rule. If Karl Basile fails to file appellant's brief in Appeal No. 21-00562-CR as ordered, Karl Basile will be ordered to appear and show cause why he should not be held in civil or criminal contempt or otherwise sanctioned. *See* TEX. R. APP. P. 38.8(b)(4).**

We further **ORDER** the Clerk of this Court to have Karl Basile personally served with a copy of this order. We also **ORDER** the person who personally serves Karl Basile to file with this Court written proof of the date and time that Karl Basile was served with a copy of this order.

Entered on this 12th day of July, 2022.

**PER CURIAM**

ATTESTED TO: _____

MICHAEL A. CRUZ, Clerk of Court